*William E. Kennedy* and *Charles H. Ellner* for appellant.

*Charles P. Sullivan, District Attorney* (*Mordecai Konowitz* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY BACH, Appellant.

(Argued June 7, 1935; decided July 11, 1935.)

*Benjamin B. Wesley* for appellant.

*Charles P. Sullivan, District Attorney* (*Mordecai Konowitz* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.